NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CAROL V. MAY,
*Petitioner,*

v.

MERIT SYSTEMS PROTECTION BOARD,
*Respondent,*

AND

DEPARTMENT OF VETERANS AFFAIRS,
*Intervenor.*

---

2010-3085

---

Petition for review of the Merit Systems Protection Board in PH0752080505-I-1.

---

ON MOTION

---

ORDER

Upon consideration of the Department of Veterans Affairs' motion for a 22-day extension of time, until September 16, 2010, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 0 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Dennis L. Friedman, Esq.
Jeffrey A. Gauger, Esq.
Jane W. Vanneman, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 1 0 2010

**JAN HORBALY**
**CLERK**